UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIELLE CHRISTINE RANGEL,<br><br>Defendant. | No. CR-13-096-RHW-5<br><br>ORDER DENYING AS MOOT UNITED STATES' MOTION FOR RECONSIDERATION OF TEMPORARY RELEASE ORDER |

On November 26, 2013, the parties appeared on the United States' Motion for Reconsideration of Temporary Release Order. Defendant was present and in custody.

The parties agreed that the available bed date at an inpatient substance treatment facility, which was a condition precedent to implementing the Order to be reconsidered, is no longer available. Therefore the United States' Motion is denied as moot, and Defendant shall remain in custody.

Should a bed date materialize in the future and a Motion for Temporary Release Pending Sentencing again be contemplated, the parties shall confirm with the assigned District Judge where the matter shall be heard, and schedule oral

ORDER - 1

argument accordingly.

The United States' Motion, **ECF No. 539,** is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED November 26, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2